ERIE COUNTY BOARD OF HEALTH et al., Respondents, *v.* ALBERT M. KUPPEL et al., Appellants.

Submitted November 16, 1953; decided November 20, 1953.

*Samuel A. Magistrale* for motion.

*George M. Nelson* opposed.

Motion dismissed, with $10 costs, upon the ground that the papers were not served within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.